# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v.   ) | No. 4:23-CR-562 HEA |
| ) | |
| ERIC WASHINGTON, ) | |
| ) | |
| Defendant. ) | |

## ORDER

This matter is before the Court on the Report and Recommendation of Magistrate Judge Joseph S. Dueker addressing Defendant Eric Washington's Motion to Sever Trial, Motion for Pretrial Disclosure of all Known Inculpatory Evidence including Jencks Act Material, and Motion to Suppress Evidence. (ECF Nos. 174, 175, and 180). In his February 4, 2026 Report and Recommendation, Judge Dueker recommends that Defendant's motions be be denied.

No objections were filed to the Report and Recommendation, and the time to do so has expired. After *de novo* review of the record, the Court adopts the Report and Recommendation in full.

Accordingly,

**IT IS HEREBY ORDERED** that the Memorandum, Report and Recommendation of United States Magistrate Judge Joseph S. Dueker is **SUSTAINED, ADOPTED, and INCORPORATED** herein. (ECF No. 212)

**IT IS FURTHER ORDERED** that Eric Washington's Motion to Sever Trial is **DENIED**. [ECF No. 174]

**IT IS FURTHER ORDERED** that Defendant Eric Washington's Motion for Pretrial Disclosure of all Known Inculpatory Evidence, including Jencks Act Material is **DENIED**. [ECF No. 175]

**IT IS FURTHER ORDERED** that Defendant Eric Washington's Motion to Suppress Evidence is **DENIED**. [ECF No. 180]

Dated this 19th day of February, 2026.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE